IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| URIEL SOLIS VELASQUEZ, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | No. 1:26-CV-01436-DAE |
| | § | |
| ORTEGA, *et al.*, | § | |
| | § | |
| *Respondents*. | § | |
| | § | |

ORDER FOR SUPPLEMENTAL BRIEFING

Before the Court is Petitioner Uriel Solis Velasquez's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("the Petition") (Dkt. # 1), and Federal Respondents' Response (Dkt. # 6).  The Court requires more information before it can rule on the Petition.

**IT IS THEREFORE ORDERED** that, **on or before 12:00 p.m. on Wednesday, June 17, 2026**, Petitioner shall file supplemental briefing with answers to the following questions:

1. Federal Respondents allege that Petitioner was apprehended by immigration authorities after the Bastrop County Sheriff's Office responded to a family violence call and encountered Petitioner. (Dkts. # 6 at 4.) Please provide further details for the Court on the circumstances surrounding Petitioner's apprehension by immigration authorities. Was Petitioner charged in connection with this arrest? If so, what is the status of that case?

1

2.  Please describe further what connections has Petitioner established with the United States, if any, and the ways in which Petitioner has engaged with his community here. Petitioner need not provide any identifying details, such as the names or addresses of residences or places of employment, but may instead write generally about his connections to his community.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, June 10, 2026.

_____
David Alan Ezra
Senior United States District Judge

2